### Norwood J. RUIZ, Appellant

v.

### THE COMMISSION FOR LAWYER DISCIPLINE, Appellee.

### No. 01–94–00842–CV.

Court of Appeals of Texas, Houston (1st Dist.)

Aug. 17, 1995.

Before OLIVER–PARROTT, C.J., and O'CONNOR and TAFT, JJ.

### OPINION

PER CURIAM.

The parties have settled, and now ask us to reverse and remand this case to the trial court "for rendition of an agreed judgment."

We reverse and remand for rendition of the agreed judgment. TEX.R.APP.P. 59(a)(1)(A).